# Third District Court of Appeal

## State of Florida

Opinion filed March 17, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0422
Lower Tribunal Nos. F05-28533A & F14-22082

_____


**Richard T. Eason,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Richard T. Eason, in proper person.

Ashley Moody, Attorney General, for appellee.


Before SCALES, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.